# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| ELIBORIO PEREZ AND AURELIA PEREZ, <br> *Plaintiffs,* <br><br> VS. <br><br> STATE FARM LLOYDS, <br> *Defendant.* | § § § § § § § § § § | <br><br><br><br> CIVIL ACTION NO. 7:21-cv-241 <br><br><br> JURY DEMANDED |

## NOTICE OF REMOVAL

Defendant STATE FARM LLOYDS files this Notice of Removal to remove from the 93rd Judicial District Court of Hidalgo County, Texas to this Court a suit styled *Eliborio Perez and Aurelia Perez v. State Farm Lloyds* and docketed under Cause No. C-1882-21-B (the "State Court Action").

## INTRODUCTION

1.  This suit involves a claim for property damage to Plaintiffs' property from a storm occurring on or about July 25, 2020 in Hidalgo County, Texas. State Farm is the insurer for Plaintiffs' property. Plaintiffs now sue State Farm for breach of contract, violations of Chapters 541 and 542 of the Texas Insurance Code, breach of the duty of good faith and fair dealing, violations of Deceptive Trade Practices Act, and common law fraud. *See* Ex. A-2, Plaintiffs' Original Petition, at p. 3 - 6.

2.  State Farm was served with the suit on May 24, 2021. State Farm files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b)(1).

## STATEMENT OF JURISDICTIONAL BASIS FOR REMOVAL: DIVERSITY

### A. Legal standard for removal based on diversity jurisdiction

3. The federal removal statute, 28 U.S.C. § 1441, allows for the removal of "any civil action brought in a state court of which the district courts of the United States have original jurisdiction." 28 U.S.C. § 1441(a). The defendant carries the burden of establishing that removal is proper. *Jernigan v. Ashland Oil Inc.*, 989 F.2d 812, 815 (5th Cir. 1993).

4. This Court has original diversity jurisdiction under 28 U.S.C.A. §1332(a)(1), as the suit involves a controversy between parties of diverse citizenship and an amount in controversy exceeding $75,000. 28 U.S.C § 1332(a).

### B. Complete Diversity Exists

5. Plaintiffs are citizens of Hidalgo County, Texas.

6. Defendant State Farm Lloyds was, at the time this action commenced, and still is, a citizen of Illinois. State Farm Lloyds is a "Lloyd's Plan" organized under Chapter 941 of the Texas Insurance Code. It consists of an unincorporated association of underwriters who were, at the time this action commenced, and still are, all citizens and residents of Illinois, thereby making State Farm a citizen of Illinois for diversity purposes. *See Royal Ins. Co. of America v. Quinn-L Capital Corp.,* 3 F.3d 877, 882-83 (5th Cir. 1993) (citizenship of unincorporated association determined by citizenship of its members). Therefore, complete diversity of citizenship exists between Plaintiffs and Defendant State Farm Lloyds.

### C. Amount in Controversy Met

7. The amount in controversy is in excess of the jurisdictional minimum of $75,000.00, excluding interests and costs, as required by 28 U.S.C.A. §1332(a). Plaintiffs seek monetary relief "over $155,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorneys' fees." *See* Ex. A-2, Plaintiffs' Original Petition, at ¶ 4.

## VENUE

8. Venue is proper in this district under 28 U.S.C. §1441(a) as it is the district and division within which the State Court Action is pending.

## STATE COURT FILINGS

9. As required by 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, orders, and other filings in the State Court Action are attached to this notice as *Exhibit A*, and a list of all counsel of record, including addresses, telephone numbers and parties represented is attached as *Exhibit B*.

## NOTICE SHALL BE PROVIDED

10. Pursuant to 28 U.S.C. §1446(d), Defendant will promptly give written notice of the filing of this notice of removal to Plaintiffs and will further file a copy of this notice with the District Clerk of Hidalgo County, Texas, where the State Court Action was previously pending.

## CONCLUSION

WHEREFORE, State Farm Lloyds hereby requests removal of the case styled *Eliborio Perez and Aurelia Perez v. State Farm Lloyds,* Cause No. C-1882-21-B, and respectfully requests that this Court assume full jurisdiction of this proceeding for all purposes as if originally filed in this Court, including but not limited to issuing any orders necessary to stay proceedings in the State Court Action, and for all other relief to which Defendant may be justly entitled.

Respectfully submitted,

By: */s/ Sarah Pierce Cowen*
Sarah Pierce Cowen
So. Dist. Bar No. 7973
State Bar No. 15997480
sarah@cowengarza.com
COWEN & GARZA, LLP

506 E. Dove Avenue
McAllen, Texas 78504
T. (956) 994-9170
F. (956) 618-2324

ATTORNEY IN CHARGE FOR
DEFENDANT STATE FARM LLOYDS

OF COUNSEL:
Viola G. Garza
So. Dist. Bar No. 19310
State Bar No. 00787518
COWEN & GARZA, LLP
506 E. Dove Avenue
McAllen, Texas 78504
T. (956) 994-9170
F. (956) 618-2324

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the of the preceding, Defendant's Notice of Removal has been filed electronically with the Clerk of the Court and notice of this filing will be sent by operation of the Court's electronic filing system and by electronic service to the following CM/ECF participants on this 14th day of June 2021.

**VIA E-SERVICE: shodge@hodgefirm.com**
Shaun W. Hodge
THE HODGE LAW FIRM, PLLC
Old Galveston Square Building
2211 Strand, Suite 302
Galveston, Texas 77550
**Attorneys for Plaintiffs**

                                                    */s/Sarah Pierce Cowen*
                                                    Sarah Pierce Cowen