IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **ELIBORIO PEREZ & AURELIA PEREZ** | § § § | |
| *Plaintiffs,* | § § § | |
| v. | § § | **CASE NO. 7:21-CV-000241** |
| **STATE FARM LLOYDS,** | § § § § | |
| *Defendant* | | |

**PLAINTIFF'S UNOPPOSED MOTION TO APPEAR VIA ZOOM**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ELIBORIO PEREZ and AURELIA PEREZ (hereinafter referred to as "Plaintiff") and files this *Unopposed Motion to Appear Via Zoom*, respectfully requesting the Honorable Judge of said Court to allow counsel to attend the initial pretrial and scheduling order conference on August 5th, 2021 at 2:30 p.m. by Zoom. An attorney in our office exposed to COVID-19 last week and has developed symptoms today. However, she does not have access to a test until tomorrow, August 3rd, 2021. All employees of our firm were in contact with this attorney on Friday, July 30th, 2021.

[Signature block on the following page]

**PLAINTIFF'S MOTION TO APPEAR VIA ZOOM**

Respectfully Submitted,

By: _____

Shaun W. Hodge
Texas Bar No. 24052995
shodge@hodgefirm.com
The Hodge Law Firm, PLLC
Old Galveston Square Building
2211 Strand, Suite 302
Galveston, Texas 77550
Telephone: (409) 762-5000
Facsimile: (409) 763-2300
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff conferred with opposing counsel, Sarah Pierce Cowen, on August 2, 2021, concerning the matters raised in this motion and believe they are UNOPPOSED to this motion.

**CERTIFICATE OF SERVICE**

This is to certify that on this, the 2nd day of August, 2021, the undersigned attorney electronically submitted the foregoing document with the clerk of the court for the U.S. District Courts, Southern District of Texas- McAllen Division, using the electronic case files system of the court, and served a true and correct copy of the foregoing documents upon all counsel of record electronically using the electronic case files system of this court:

**Sarah Pierce Cowen**
Federal ID No. 7973
State Bar No. 15997480
sarah@cowengarza.com

Viola G. Garza
Federal ID No. 19310
State Bar No. 00787518
viola@cowengarza.com

Andrea Y. Vela
Federal ID No. 3436937
State Bar No. 24113522
andrea@cowengarza.com

COWEN & GARZA, LLP
506 E. Dove Avenue
McAllen, Texas 78504
T. (956)-994-9170
F. (956)618-2324

**Attorneys for Defendant State Farm Lloyds**